# EXHIBIT A

| COMMONWEALTH OF PENNSYLVANIA | CIVIL COMPLAINT |
| --- | --- |
| COUNTY OF DELAWARE | |



Mag. Dist. No:
MDJ Name: DISTRICT COURT 32-2-51
Address: BARCLAY SQUARE BUILDING
1550 GARRETT ROAD
UPPER DARBY, PA. 19082
Telephone:

PLAINTIFF: NAME and ADDRESS
Yahcob Swinton, PA Art 1 sec 11
7215 Guilford Road
Upper Darby PA 19082

V.

DEFENDANT: NAME and ADDRESS
Toyota Financial Services
P.O. Box 9786
Cedar Rapids, IA 52409

| | AMOUNT | DATE PAID |
| --- | --- | --- |
| FILING COSTS | $ 180.25 | 6/24/21 |
| POSTAGE | $ 6.33 | 6/24/21 |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ 186.58 | |

Docket No:
Case Filed: CV-136-21
6-24-21

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 11,500 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

15 USC 1692 b(2), b(5), d(1), G, C(c)
15 USC 1662
15 USC 1681
15 USC 1666 D A,B &C
15 USC 1635

In violation of the listed codes.

I, Yahcob Swinton verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

RECEIVED
JUN 24 2021
BY:_____

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL
Printed: 09/14/2018 1:21:21PM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

## CIVIL INSTRUCTIONS

YOU ARE A NAMED PARTY IN A CIVIL ACTION AT THE MAGISTERIAL DISTRICT JUDGE'S LEVEL YOU SHOULD BE AWARE OF THE FOLLOWING:

A hearing will be set in front of the Magisterial District Judge at which time your case will be Heard.

- You should bring any and all information, documentation, proof, etc. regarding your case.

- You NEED NOT be represented by an attorney UNLESS you are a corporation. Corporations MUST be represented either by an attorney or an officer of the Corporation. If a corporation appears at the hearing without proper representation, The Judge my enter judgement against that corporation.

- If you are a named DEFENDANT you must appear at the hearing or a default judgement will be awarded against you. YOU MUST NOTIFY THE COURT IF YOU WISH TO DEFEND AGAINST THIS CLAIM by signing and dating this form below and returning it to the District Court at least 72 hours prior to the hearing date. If you enter a defense you must appear in the court on the date indicated on the notice.

- Any and all request for continuance by Plaintiff or Defendant should be made timely. The Judge may deny and request for continuance, at which time your case must proceed.

- All Rules of Evidence must be adhered to in the courtroom. This applies to parties who are represented by counsel or parties who choose to represent themselves.

DEFENDANT/INTEND TO DEFEND

MDJ Number/Docket Number:_____

Phone Number _____

I WISH TO DEFEND AGAINST THIS CLAIM.

Signature/Date: _____

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# Civil Action Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-2-51 |
| MDJ Name: | Honorable Christopher R. Mattox |
| Address: | 1550 Garrett Road<br>Barclay Square Shopping Center<br>Upper Darby, PA  19082 |
| Telephone: | 610-626-6900 |

Yahcob  Swinton
v.
Toyota Financial Services

Toyota Financial Services
Po Box 9786
Cedar Rapids, IA  52409

CSCC
JUN 3 0 2021

Docket No:   MJ-32251-CV-0000136-2021
Case Filed:   6/24/2021

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| | |
|---|---|
| Date: **Thursday, August 19, 2021** | Place: Magisterial District Court 32-2-51,  Upper Darby<br>1550 Garrett Road<br>Barclay Square Shopping Center<br>Upper Darby, PA  19082<br>610-626-6900 |
| Time: **2:00 PM** | |

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense.  Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**NOTIFY THIS OFFICE
IMMEDIATELY
IF YOU INTEND TO
APPEAR FOR THE HEARING**

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308
Printed: 06/24/2021 11:16:28AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

# EXHIBIT B

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF DELAWARE | |  | **Rescheduling Notice** |
|---|---|---|---|

| Mag. Dist. No: | MDJ-32-2-51 |
|---|---|
| MDJ Name: | Honorable Christopher R. Mattox |
| Address: | 1550 Garrett Road<br>Barclay Square Shopping Center<br>Upper Darby, PA 19082 |
| Telephone: | 610-626-6900 |

Yahcob Swinton
v.
Toyota Financial Services

Toyota Financial Services
Po Box 9786
Cedar Rapids, IA 52409

CSCC
JUL 0 2 2021

Docket No: MJ-32251-CV-0000136-2021
Case Filed: 6/24/2021

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing was previously scheduled on August 19, 2021 / 2:00 PM. It has been rescheduled to be held on/at:

| Date: **Thursday, August 26, 2021** | Place: Courtroom: MDJ-32-2-51<br>1550 Garrett Road<br>Barclay Square Shopping Center<br>Upper Darby, PA 19082<br>610-626-6900 |
|---|---|
| Time: **2:20 PM** | |

Continuance requested by Christopher R. Mattox
Reason: Judge Unavailable

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

### NOTIFY THIS OFFICE IMMEDIATELY IF YOU INTEND TO APPEAR FOR THE HEARING

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308
Printed: 06/29/2021 2:45:57PM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990